■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TIMOTHY WASHINGTON, Appellant, v THOMAS F. HIGGINS, as Sheriff of Erie County, Respondent. [617 NYS2d 670] —Judgment unanimously affirmed. Memorandum: Supreme Court properly concluded that the denial of relator's request to post bail in the form of a partially secured security bond *(see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230, 232) did not constitute an abuse of discretion *(see, People ex rel. Rosenthal v Wolfson, supra,* at 232). (Appeal from Judgment of Supreme Court, Erie County, Flaherty, J.—Habeas Corpus.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.